CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTMANE LAAMA, | Civil Action No. 13-4638 (DMC) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN ROY L. HENDRICKS, | |
| Respondent. | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___7___ day of ___October___, 2013,

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

_____
**DENNIS M. CAVANAUGH**
United States District Judge