CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OTMANE LAAMA,

    Petitioner,

v.

WARDEN ROY L. HENDRICKS,

    Respondent.

Civil Action No. 13-4638 (DMC)

ORDER

For the reasons set forth in the Opinion filed herewith,

IT IS on this __7__ day of __October__, 2013,

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

_____
DENNIS M. CAVANAUGH
United States District Judge